## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **JERRY PAUL FRANCIS** | **CIVIL ACTION NO. 18:1350** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **DARREL VANNOY** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

The Report and Recommendation [Doc. No. 22] of the Magistrate Judge having been considered, and Objection [Doc. No. 23] having been filed thereto, after a *de novo* review of the entire record, and finding that the Report and Recommendation is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jerry Paul Francis' petition for habeas corpus be **DISMISSED WITH PREJUDICE.** Petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that petitioner's Motion for Entry of Default [Doc. No. 14] is **DENIED.**

MONROE, LOUISIANA, this 11th day of February, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE